IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JULIO CESAR ORTIZ, Petitioner, | )<br>)<br>) |
| v. | ) No. 3:17-cv-1611-N (BT)<br>) |
| LORIE DAVIS, *Director,* TDCJ-CID Respondent. | )<br>)<br>) |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit as successive and the motion to stay is **DENIED**. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

SO ORDERED this 30th day of July, 2018.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE